```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-22-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
RIKI SADEH-RAVEH,    :

      Plaintiff,    :    08 Civ. 9707 (JSR)

      -v-    :    ORDER

THE CITY OF NEW YORK, CONSOLIDATED    :
EDISON COMPANY OF NEW YORK, INC., and    :
EMPIRE CITY SUBWAY COMPANY (LIMITED),    :
                                                        x
      Defendants.
-------------------------------------

JED S. RAKOFF, U.S.D.J.

    For the reasons stated from the bench today, <u>see</u> transcript, the Court grants defendant City of New York's Motion for Dismissal and Summary Judgment with prejudice.

    SO ORDERED.

                                                  _____
                                                     JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        September 22, 2009